In the Matter of the Application of THE BOARD OF STREET OPENINGS AND IMPROVEMENTS, Relative to Acquiring Title to Decatur Avenue, etc., in the City of New York; CORNELIUS B. SCHUYLER, Appellant; HENRY D. PURROY, Respondent.

*Matter of Board of Street Opening,* 27 App. Div. 265, affirmed.
(Submitted March 1, 1899; decided March 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

March 25, 1898, affirming an order of Special Term confirming the report of a referee.

*Jas. C. De La Mare* for appellant.

*Meyer Butzel* and *C. Donohue* for respondent.

Order affirmed, with costs; no opinion.
All concur.